plaintiffs STORE ..  Defendant
SUNDAY - UGWUOZOR . AND POLICE
owners property

Appendix B
United States Courts
Southern District of Texas
FILED
FEB - 1 2023
Nathan Ochsner, Clerk of Court

United states Distraict court . Southern Distraict of texas
............................ Division

4:23cv354

...................... CIVIL ACTION NO ........................

Versus $
$ Address
$ 1117 Texas Avenus Houston—
............................ $ Texas 77002 #1212.
............................ $
............................ $

SAM (signature)

ORIGINAL   COMPLAINT

..............................................................................

Plaintiffs original complaint lawsuit form in federal court.
Criminal offence .   Stolen items I·D LICENSES.
_____

(1) My date of birth CITIZEN certificate.
(2) Driving License
(3) Social security card
(4) Green card
(5) A#
(6) Nigeria passport
(7) United states passport
(8) My School Certificate diploma High shool . From Nigeria.
(9) My Doctor LICENSE
(10) T·D·C LICENSE Correctioner

(11) International LICENSE

(12) My Driving school certificate

(13) My Security LICENSE texas security patrol.

(14) My Gold card insurance

(15) My Email address was stealing and Gmails. 2019 and 2023 TWICE

(16) My CREDIT Card

(17) My Insurance Company + Where I work

(18) Harris county in Houston TX insurance Company.

(19) H-E-B distributor grocery. insurance Company.

(20) IGLOO insurance company

(21) Road Runer insurance company.

(22) BICON insurance company.

(23) Icome Taxes stealing I filed
(24) Rental credit home and Appartment
(25) Credit internet and Phone wiress and Lights



# OFFICE OF TENESHIA HUDSPETH
## COUNTY CLERK, HARRIS COUNTY, TEXAS

B675823
01/23/2023   CHIMNEY ROCK
18.00 ASSUMED

This is to acknowledge receipt of certificate of operation under Assumed Name which was filed in my office for **CHIKESON**, under the file number as shown on the cash register validation above, and indexed in the Assumed Name Records as prescribed by law.

The certificate shows

**UGWUOZOR, SUNDAY**

to be the owner(s) of said business.

The period (not to exceed 10 years) during which the assumed name will be used is shown as ___10___

___January 23, 2023___   Through   ___January 23, 2033___.

Whenever there is a change of ownership, a withdrawal certificate shall be executed and duly acknowledged by the person or persons so withdrawing from or disposing of their interest in said business. Until such certificate has been filed, they shall remain liable for all debts incurred in the operation of said business.

TENESHIA HUDSPETH,
County Clerk, Harris County

**Dana Claudia Gamboa**   Deputy County Clerk

P.O. Box 1525 ● Houston, TX 77251-1525 ● 713-755-6411
www.cclerk.hctx.net

Form No. D-02-02 (Rev. 11/18/2020)