United States District Court
Southern District of Texas
**ENTERED**
March 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SUNDAY UGWUOZOR, | § | |
| Plaintiff, | § § § | |
| VS. | § § | CIVIL ACTION NO. 4:23-CV-354 |
| POLICE, | § § § | |
| Defendant. | § | |

# **ORDER**

On March 3, 2023, the Court ordered Plaintiff to pay the required filing fee or file a Motion to Proceed In Forma Pauperis by March 24, 2023, and informed Plaintiff that failure to comply with the order will result in a dismissal of her case. (Dkt 5). Plaintiff failed to pay the filing fee or file a Motion to Proceed In Forma Pauperis. Thus, the case is **DISMISSED WITHOUT PREJUDICE**.

SIGNED at Houston, Texas on March 31, 2023.

_George C. Hanks Jr._
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE